**Charles E. GOODS, Appellant,**

**v.**

**CROWN CENTER COMPLEX; Boulevard Blues Clothing Store; Nova Partnership, doing business as American Heartland Theater; Hallmark Global Services, Inc.; Kessinger/Hunter Management Company, Inc., Appellees.**

**No. 05–1508.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2006.

Decided: April 13, 2006.

Charles E. Goods, Kansas City, MO, pro se.

John R. Phillips, Julianne Popper, Blackwell & Sanders, Loyd E. Owen, Jr., Heather R. Hamilton, Lathrop & Gage, Kansas City, MO, for Appellees.

Before BYE, MAGILL, and COLLOTON, Circuit Judges.

PER CURIAM.

Charles Goods appeals the district court's[1] adverse grant of summary judgment in his Title VII employment-discrimination suit. After de novo review, we agree with the district court that the non-employer defendants were not liable, and that Goods failed to create trialworthy issues on whether he was terminated because of his race or suffered retaliation because of engaging in protected activity. *See Reeves v. Sanderson Plumbing Prods.,*

*Inc.,* 530 U.S. 133, 143, 120 S.Ct. 2097, 147 L.Ed.2d 105 (2000) (burden-shifting analysis); *Knieriem v. Group Health Plan, Inc.,* 434 F.3d 1058, 1060 (8th Cir.2006) (de novo review of Fed.R.Civ.P. 12(b)(6) dismissal); *Johnson v. AT & T Corp.,* 422 F.3d 756, 760 (8th Cir.2005) (de novo review of grant of summary judgment). Further, we find that the district court did not abuse its discretion in denying appointment of counsel, *see Phillips v. Jasper County Jail,* 437 F.3d 791, 794 (8th Cir.2006) (standard of review and relevant factors); or in refusing to compel production of a purported court order to monitor Goods, *see Sallis v. Univ. of Minn.,* 408 F.3d 470, 477 (8th Cir.2005) (review of discovery rulings is narrow and deferential).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Goods's pending motions.

---

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.